

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-25-00370-CV

**IN THE INTEREST OF J.A.M.**, a Child

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI05025
Honorable Monique Diaz, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
                Irene Rios, Justice
                Velia J. Meza, Justice

Delivered and Filed: July 30, 2025

DISMISSED

By letter dated June 25, 2025, appellant was instructed to pay the $205.00 filling fee for this appeal. Our records contain no evidence that appellant is excused by statue or rule from paying the filing fee. *See* Tex R. App. P. 5, 20. This court ordered appellant to show cause in writing by July 8, 2025, that the filing fee had been paid or that the appellant is entitled to appeal without paying the filing fee. Appellant was advised that if they failed to respond within the time provided, this appeal would be dismissed for failure to pay the filing fee. *See* Tex R. App. P. 5, 42.3(c). Appellant did not respond or pay the filing fee. Accordingly, this appeal is dismissed for failure to pay the filing fee. *See id*.

PER CURIAM